

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRIAN FRANCOLLA<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-0988<br>Fax: (212) 788-9776 |

October 1, 2010

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: <u>Larry Perez, et al., v. City of New York, et al.</u>, 09 CV 4536 (KAM) (VVP)

Your Honor:

    Enclosed please find a STIPULATION AND ORDER OF DISMISSAL which has been executed by the parties in the above-referenced matter. We respectfully request that Your Honor endorse the enclosed STIPULATION.

                  Respectfully submitted,

                  Brian Francolla
                  Assistant Corporation Counsel
                  Special Federal Litigation

cc: Cynthia Conti-Cook, Esq. (by ECF)
   Attorney for Plaintiffs
   Stoll, Glickman & Bellina, LLP
   71 Nevins Street
   Brooklyn, New York 11217

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

LARRY PEREZ AND LILLIAN PARIS,

                                     Plaintiffs,

               -against-

THE CITY OF NEW YORK, DETECTIVE CARLOS VELEZ,
SERGEANT BRYANT, DETECTIVE R. NEGRON, SHIELD
NO. 4986, DETECTIVE C. MULLER, POLICE OFFICER
"JOHN DOES" 1-3, POLICE OFFICER "JANE DOE",

                                     Defendants.
-------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

09 CV 4536 (KAM) (VVP)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

    1.    The above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
           _____, 2010

Cynthia Conti-Cook
Stoll, Glickman & Bellina, LLP
Attorney for Plaintiffs
71 Nevins Street
Brooklyn, New York 11217
(718) 852-3710

By: _____
    Cynthia Conti-Cook, Esq.

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 3-310
New York, New York 10007
(212) 788-0988

By: _____
    Brian Francolla
    Assistant Corporation Counsel

SO ORDERED: _____
                 HON. KIYO A. MATSUMOTO, U.S.D.J.